# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHAEL MULLENIX, | Case No. SACV 11-1364 R(JC) |
| Petitioner, | |
| v. | JUDGMENT |
| LYDIA HENSE, | |
| Respondent. | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is dismissed without prejudice.

DATED: November 3, 2011

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE